IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　Plaintiff<br><br>　　　v.<br><br>**[5] EDWIN COLON-DIAZ,**<br>　　　Defendant. | **Criminal No. 08-163 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Justo Arenas, Chief Magistrate-Judge on April 17, 2009. (**Docket No. 457**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Edwin Colón-Díaz** be adjudged guilty of the offenses charged in Count One of the Indictment (T. 21, U.S.C. §§ 846, 841(a)(1) and 860 ) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the indictment in the above-captioned case.

**The sentencing hearing is set for August 3, 2009 at 5:00 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of April, 2009.

                                               S/**AIDA M. DELGADO-COLON**
                                               **United States District Judge**